AO 10
Rev. 1/2018

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| | | |
|---|---|---|
| **1. Person Reporting** (last name, first, middle initial)<br><br>KOLLAR-KOTELLY, COLLEEN | **2. Court or Organization**<br><br>United States District Court | **3. Date of Report**<br><br>05/15/2018 |
| **4. Title** (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>District Judge- Active | **5a. Report Type** (check appropriate type)<br><br>☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>**5b.** ☐ Amended Report | **6. Reporting Period**<br><br>01/01/2017<br>to<br>12/31/2017 |

**7. Chambers or Office Address**

U.S. District Court
333 Constitution Ave., N.W.
Room 6939
Washington, D.C. 20001

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director | Robert Shuker Scholarship Memorial Fund |
| 2. | Director | Historical Society of District of Columbia Circuit |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2017 | D.C. Superior Court Retirement Plan |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KOLLAR-KOTELLY, COLLEEN | 05/15/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2017 | D.C.Superior Court Retirement Fund | $135,156.48 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **KOLLAR-KOTELLY, COLLEEN** | 05/15/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Chase Bank | Credit Card | K |
| 2. | American Express | Credit Card | K |
| 3. | Chase Bank | Credit Card | J |
| 4. | U.S. Bank | Credit Card | K |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KOLLAR-KOTELLY, COLLEEN | 05/15/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Rental Property, | E | Rent | M | W | | | | | |
| 2. PNC National Bank | | None | J | T | | | | | |
| 3. Bank of America | | None | K | T | | | | | |
| 4. DSM Poseidon L.L.C. | | None | K | U | | | | | |
| 5. General Electric Com. St. | A | Dividend | | | Sold (part) | 03/03/17 | J | B | |
| 6. General Electric Com. St. | A | Dividend | | | Sold (part) | 05/04/17 | J | C | |
| 7. General Electric Com. St. | A | Dividend | | | Sold (part) | 08/02/17 | J | B | |
| 8. General Electric Com. St. | A | Dividend | | | Sold | 08/31/17 | J | C | |
| 9. Schwab Money Market Fund | A | Dividend | M | T | | | | | |
| 10. Sterling One Industrial LLC | D | Dividend | K | U | | | | | |
| 11. Apache Corp. Com. St. | A | Dividend | J | T | | | | | |
| 12. Pioneer Natural Resource Com. St. | A | Dividend | J | T | Sold (part) | 08/31/17 | J | D | |
| 13. Walt Disney Com. St. | A | Dividend | | | Sold (part) | 02/08/17 | J | C | |
| 14. Walt Disney Com St. | A | Dividend | | | Sold (part) | 05/04/17 | J | C | |
| 15. Walt Disney Com. St. | A | Dividend | | | Sold | 09/01/17 | J | D | |
| 16. Wilmington Trust bonds | B | Interest | K | T | | | | | |
| 17. DOW Chemical Com. St. | A | Dividend | | | Sold (part) | 03/03/17 | J | C | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. DOW Chemical Com. St. | A | Dividend | | | Sold | 08/02/17 | K | D | |
| 19. SPDR Barclays Capital Bond | B | Interest | | | Sold | 12/19/17 | K | | |
| 20. Eaton Vance Ltd. Notes | B | Interest | K | T | Buy | 08/31/17 | J | | |
| 21. Ishares Gold Trust Com. St. | | None | | | Sold | 08/02/17 | J | | |
| 22. Jeffries Group Bonds | A | Interest | K | T | | | | | |
| 23. Home Depot Com. St. | A | Dividend | K | T | Sold (part) | 08/02/17 | J | C | |
| 24. Global X Funds Com. St. | B | Dividend | J | T | | | | | |
| 25. Powershares Senior Loan Port Com. St. | A | Dividend | K | T | | | | | |
| 26. Gilead Sciences Com. St. | A | Dividend | J | T | Sold (part) | 08/02/17 | J | | |
| 27. Gilead Sciences Com. St. | A | Dividend | J | T | Sold (part) | 12/19/17 | J | | |
| 28. Bristol-Myers Squibb Com. St. | A | Dividend | K | T | | | | | |
| 29. Apple Inc. Com. St. | A | Dividend | K | T | | | | | |
| 30. International Paper Co. Com. St. | A | Dividend | J | T | Sold (part) | 08/31/17 | J | A | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **KOLLAR-KOTELLY, COLLEEN** | 05/15/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Column D(1)

Nine assets listed on the 2016 financial disclosure incorrectly state the type of transaction as a partial sale when in fact it was a total sale of the asset. Therefore, they are not listed on this Report. The error was discovered when preparing my 2017 Financial Disclosure Report. The nine assets that are being corrected in this Report were listed on the 2016 financial disclosure as follows:

14. Norfolk Southern Com. St.

16. Dupont E.I. Nemour Com. St.

18. Vanguard Corp. Bond

20. HCP Inc. Com. St.

24. Anadarko Petroleum Notes

30. Titan Internation Inc. Com. Stock

36. United Health Group Com. St.

41. Nextera Energy Inc. Com. Stock

42. Chemours Co. Com. Stock

For each of the above assets, the gross value at the end of 2016 (Column C (1) and (2)) is left blank.

| Name of Person Reporting | Date of Report |
|---|---|
| KOLLAR-KOTELLY, COLLEEN | 05/15/2018 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ COLLEEN KOLLAR-KOTELLY**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544